

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ALBERTO ANTONIO MENDIOLA, | § | No. 08-16-00304-CR |
| Appellant, | § | Appeal from the |
| v. | § | 168th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20140D01577) |
| | § | |

**O R D E R**

The Court GRANTS the State's third motion for extension of time to file the brief until **November 21, 2017**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE STATE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jaime Esparza, the State's Attorney, prepare the State's brief and forward the same to this Court on or before November 21, 2017.

IT IS SO ORDERED this 19th day of October, 2017.


PER CURIAM


Before McClure, CJ, Rodriguez, and Palafox, JJ.